# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

**FRANCESCA BUGAMELLI**,

    Petitioner,                                                             CASE NO.

v.

**FACEBOOK INC.**,

    Respondent.

---

C. Christopher Newberg (P79025)
RODENHOUSE LAW GROUP P.C.
Attorney for Petitioner
678 Front Avenue NW, Suite 176
Grand Rapids, MI 49504
(616) 451-4000
chris@rodenhouselaw.com

---

## SUBPOENA TO FACEBOOK INC. PURSUANT TO 17 U.S.C. § 512(H)

    Petitioner, Francesca Bugamelli, by and through her undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Facebook Inc. to identify alleged infringers at issue, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as **Exhibit 1**.

    The DMCA Subpoena is directed to Facebook Inc., the internet service provider to which the user and/or Facebook account, "Elle Iovine," posted content that infringes on one or more copyrights held by Petitioner.

    Petitioner has satisfied the requirements for the issuance of a subpoena pursuant to 17 U.S.C. § 512(h) by submitting the following documents with this request:

    1.  The proposed DMCA Subpoena, attached as **Exhibit 1**;

2. A copy of the notification described by 17 U.S.C. § 512(c)(3)(A), attached as **Exhibit 2**;

3. A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under the DMCA signed by Francesca Bugamelli, attached as **Exhibit 3**; and

4. A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under the DMCA signed by C. Christopher Newberg, attached as **Exhibit 4**.

Because Petitioner has complied with the statutory requirements, Petitioner respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena, pursuant to 17 U.S.C. 512(h)(4).

          Respectfully submitted,

          RODENHOUSE LAW GROUP, P.C.

Date: February 10, 2022　　　　　　　　　　/s/ C. Christopher Newberg____
**C. Christopher Newberg (P79025)**
Attorney for Petitioner
678 Front Ave. NW, Suite 176
Grand Rapids, MI 49504
Phone: (616) 451-4000
Email: chris@rodenhouselaw.com