# EXHIBIT 2



**C. Christopher Newberg | Attorney**

Main: (616) 451-4000
Direct: (616) 930-4338
Fax: (616) 451-4114
Email: chris@rodenhouselaw.com

678 Front Ave NW, Ste 176
Grand Rapids, MI 49504

February 10, 2022

FACEBOOK, INC.
1601 WILLOW ROAD
MENLO PARK, CA 94025
SUBPOENA@FACEBOOK.COM

Re: *DMCA Takedown Notice*

To Whom It May Concern,

I am contacting you on behalf of Ms. Francesca Bugamelli, an individual represented by Rodenhouse Law Group PC. This is a notice under the Digital Millennium Copyright Act of 1998 ("DMCA"), 17 USC § 512. I am the duly authorized representative of the copyright owner of the work identified below. I am writing to report an instance of copyright infringement on a website hosted by you and for which you are the service provider.

The infringing content, which can be found in a video uploaded by the "Elle Iovine" and/or "Claudia Ancona" Facebook account (https://www.facebook.com/claudia.ancona.1044), contains a copyrighted photograph owned by Ms. Bugamelli, the URL for which is provided below along with other details involving the infringement of Ms. Bugamelli's intellectual property rights. Ms. Bugamelli demands that you immediately remove and disable access to the infringing content accessible through your website or service, in accordance with the DMCA.

Type of Infringing Content:

Photograph of Ms. Bugamelli sitting on a bathroom toilet, which was taken by and is owned by Ms. Bugamelli

URL:

https://scontent.fdet1-2.fna.fbcdn.net/v/t39.30808-6/271721123_468930364618356_1410203321657006981_n.jpg?_nc_cat=108&ccb=1-5&_nc_sid=174925&_nc_ohc=4m6to2h89vUAX9nNON7&_nc_oc=AQnz16rGN7HXn1m8nKFvI2pBf5VpIiV6tl86TCGEVcJibLf74dokDzgbp0CIyKLEY94&_nc_ht=scontent.fdet1-2.fna&oh=00_AT-AZqm4Ed7b12fhyvqBFCdT4c0O8ZQdJcXjDMFpwh94zw&oe=62081A9C

Account of Uploader:

https://www.facebook.com/claudia.ancona.1044/

rodenhouselaw.com

As indicated in the Declaration of Francesca Bugamelli provided with this package of documents, the photograph associated with the URL above was taken by Ms. Bugamelli and is owned by Ms. Bugamelli.

I, C. Christopher Newberg, have a good-faith belief that use of the materials described above in the manner complained of is not authorized by the copyright owner, its agent, or the law. I declare under penalty of perjury that the information in this notification is accurate and that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

This correspondence does not constitute a waiver of any right to recover damages incurred by virtue of any such unauthorized activities, and such rights, as well as claims for other relief, are expressly retained.

If you have any questions or concerns, please feel free to contact me via email at chris@rodenhouselaw.com, phone at 616-930-4338, or mail at the address in the heading above.

Very truly yours,

RODENHOUSE LAW GROUP

*C. Christopher Newberg*

C. Christopher Newberg
Attorney for Francesca Bugamelli